THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM CONWAY, Defendant, Impleaded with HUGH KEAVENY, Appellant.— Judgment unanimously

affirmed. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.